1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON (174882)
2  FRANCIS A. BOTTINI, JR. (175783)
   KEITH M. COCHRAN (254346)
3  501 West Broadway, Suite 1720
   San Diego, California 92101
4  Telephone: (619) 230-0063
   Facsimile: (619) 238-0622
5
6  *Counsel for Lead Plaintiff Movant Gail Ash*
   *and Plaintiff James M. Burns and*
   *Proposed Lead Counsel for the Class*
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, and LINDEN BOYNE, and KEVIN DONOVAN,<br><br>Defendants. | No. SACV10-0252 DOC (RNBx)<br><br>**LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: June 7, 2010<br>Time: 8:30 a.m.<br>Courtroom: 9D, Santa Ana<br>Judge: Hon. David O. Carter |
| JAMES M. BURNS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, and LINDEN J. H. BOYNE,<br><br>Defendants. | No. SACV10-0258 JVS (ANx) |

LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
NOS. SACV10-00252, 00258

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2010, at 8:30 a.m., or as soon as counsel may be heard, the undersigned will, on behalf of Gail Ash, move this Court before the Honorable David O. Carter, in the United States District Court for the Central District of California, Southern Division, Courtroom 9D, 411 West Fourth Street, Santa Ana, California 92701, pursuant to Federal Rule of Civil Procedure 42 and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, for an Order:

(1) consolidating the above-captioned actions and all other cases that are filed in this District involving one or more common questions of law or fact;

(2) appointing Gail Ash as Lead Plaintiff on behalf of the Class;

(3) approving Gail Ash's choice of counsel, Johnson Bottini, LLP, as Lead Counsel for the Class in the consolidated action; and

(4) granting such other and further relief as the Court deems just and proper.[1]

///

///

///

---

[1] Ms. Ash requests that the requirement of a pre-motion conference under Local Rule 7-3 be waived for two reasons. First, Ms. Ash does not know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their motions. Second, Local Rule 7-3 may be inapplicable to motions for selection of lead plaintiff and approval of lead counsel because such motions are mandated by federal statute. See 15 U.S.C. § 78u-4, et seq. Accordingly, the Court should entertain this motion without requiring compliance with Local Rule 7-3.

1
LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL  NOS. SACV10-0252, 0258

1  This Motion is based upon the Notice of Motion, the attached Memorandum of
2  Points and Authorities, the attached Declaration of Francis A. Bottini, Jr. with
3  exhibits, and upon all the papers, pleadings, and records on file in this action.

4  DATED: May 3, 2010

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (174882)
FRANCIS A. BOTTINI, JR. (175783)
KEITH M. COCHRAN (254346)

_s/ Francis A. Bottini, Jr._
FRANCIS A. BOTTINI, JR.

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

*Counsel for Lead Plaintiff Movant Gail Ash and Plaintiff James M. Burns and Proposed Lead Counsel for the Class*

---

2
LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL NOS. SACV10-0252, 0258